# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00161-CV

**David P. Hissey, Appellant**

**v.**

**JP Morgan Chase Bank N.A., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-09-000007, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant David P. Hissey has filed a notice of chapter 7 bankruptcy with this Court (United States Bankruptcy Court, W.D. Tex., Austin Division, Case Number 10-11408CG). Accordingly, his appeal is automatically stayed. *See* 11 U.S.C. § 362(a) (West 2004). Any party may file a motion to reinstate upon the occurrence of an event that allows the case to proceed or if any party believes the automatic stay does not apply to this appeal. *See* Tex. R. App. P. 8.3(a). Failure to notify this Court of a lift of the automatic stay or termination of the bankruptcy case may result in the dismissal of the cause for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Bankruptcy

Filed:   June 18, 2010